**1195-14**

# ELECTRONIC RECORD

COA # __01-12-01119-CR__     OFFENSE: __19.02 (Murder)__

STYLE: __Jessica Tata v. The State of Texas__     COUNTY: __Harris__

COA DISPOSITION: __AFFIRM__     TRIAL COURT: __180th District Court__

DATE: __08/19/2014__     Publish: __YES__   TC CASE #: __1300862__

# IN THE COURT OF CRIMINAL APPEALS

STYLE: __Jessica Tata v. The State of Texas__     CCA #: __1195-14__

__APPELLANT'S__ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

__Refused__     JUDGE: _____

DATE: __Feb 11, 2015__     SIGNED: _____    PC: _____

JUDGE: __PC__     PUBLISH: _____    DNP: _____

__Newell, J., Not Participating__

---

               MOTION FOR

__STATE__ PETITION     REHEARING IN CCA IS: _____

**FOR DISCRETIONARY REVIEW**     JUDGE: _____

IS __refused__

DATE __Feb 11, 2015__     **ELECTRONIC RECORD**

PC; Newell J. not participating

__JUDGE__